```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 04 B 42234
   LORETTA L LETCHER
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-6464

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 11/14/2004 and was confirmed 02/15/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  82.56% from remaining funds.

      The case was dismissed after confirmation 10/15/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
LITTON LOAN SERVICING     CURRENT MORTG        .00           .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE     1417.11          .00          1417.11
CITY OF CHICAGO WATER DE  NOTICE ONLY     NOT FILED          .00             .00
CITY OF CHICAGO PARKING   UNSECURED OTH    1190.00           .00           725.77
CITY OF CHICAGO WATER DE  SECURED           893.99           .00           893.99
OVERLAND BOND & INVESTME  UNSECURED       15060.51           .00          9372.50
THADDEUS J HUNT           DEBTOR ATTY     1,700.00                        1,700.00
TOM VAUGHN                TRUSTEE                                           803.33
DEBTOR REFUND             REFUND                                             15.94

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            14,928.64

PRIORITY                                        .00
SECURED                                    2,311.10
UNSECURED                                 10,098.27
ADMINISTRATIVE                             1,700.00
TRUSTEE COMPENSATION                         803.33
DEBTOR REFUND                                 15.94
                   --------------       --------------
TOTALS             14,928.64              14,928.64
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 42234 LORETTA L LETCHER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE